# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-815

TO: _Steven Crawford_   SBI#: _229815_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _October 21, 2005_

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _April 1, 2005_ to _September 30, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| April | 4.13 |
| May | 8.20 |
| June | 16.90 |
| July | 47.69 |
| Aug | 35.94 |
| Sept | 6.22 |

Average daily balances/6 months: _20.02_

Attachments
CC: File

_Stacy Shane_
10/21/05

Notary public
_[signature]_
10/24/05