05-815

# Individual Statement

Date Printed: 11/30/2005

Page 1 of 1

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 NOV 30  PM 4:40

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.09 |
|---|---|---|---|---|---|---|
| 00229825 | CRAWFORD | Steven | D | | | |
| Current Location: | 22 | | | Comments: | | |

## For Month of April 2005

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/7/2005 | $20.00 | $0.00 | $0.00 | $20.09 | 9137D | | | |
| Canteen | 4/13/2005 | ($19.93) | $0.00 | $0.00 | $0.16 | 93554 | 4561818394 | | E. TATE |
| | | | | Ending Mth Balance: | $0.16 | | | | |

# Individual Statement

Date Printed: 11/30/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00229825 | CRAWFORD | Steven | D | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/9/2005 | $20.00 | $0.00 | $0.00 | $20.16 | 104521 | 823298159224010 | | R CRAWFORD |
| Mail | 5/10/2005 | $20.00 | $0.00 | $0.00 | $40.16 | 105213 | 4624820693 | | E TATE |
| Canteen | 5/12/2005 | ($19.97) | $0.00 | $0.00 | $20.19 | 106443 | | | |
| Canteen | 5/18/2005 | ($17.95) | $0.00 | $0.00 | $2.24 | 108553 | | | |

Ending Mth Balance: $2.24

# Individual Statement

## For Month of June 2005

Date Printed: 11/30/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.24 |
|---|---|---|---|---|---|---|
| 00229825 | CRAWFORD | Steven | D | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($1.80) | $0.00 | $0.00 | $0.44 | 114771 | | | |
| Mail | 6/8/2005 | $20.00 | $0.00 | $0.00 | $20.44 | 117722 | 46248211669 | | E TATE |
| Mail | 6/8/2005 | $20.00 | $0.00 | $0.00 | $40.44 | 117738 | 8547952544 | | R CRAWFORD |
| Canteen | 6/15/2005 | ($19.98) | $0.00 | $0.00 | $20.46 | 120375 | | | |
| Canteen | 6/22/2005 | ($18.65) | $0.00 | $0.00 | $1.81 | 122881 | | | |
| Canteen | 6/29/2005 | ($1.81) | $0.00 | $0.00 | $0.00 | 125458 | | | |
| Mail | 6/30/2005 | $65.00 | $0.00 | $0.00 | $65.00 | 126080 | 4652315106 | | T CRAWFORD |

Ending Mth Balance: $65.00

# Individual Statement

Date Printed: 11/30/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $65.00 |
|---|---|---|---|---|---|---|
| 00229825 | CRAWFORD | Steven | | D | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | Pay To | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/7/2005 | ($18.34) | $0.00 | $0.00 | $46.66 | 129001 | | | |
| Mail | 7/7/2005 | $20.00 | $0.00 | $0.00 | $66.66 | 129385 | 854795 1532 | | R CRAWFORD |
| Canteen | 7/13/2005 | ($19.87) | $0.00 | $0.00 | $46.79 | 130961 | | | |
| Mail | 7/14/2005 | $10.00 | $0.00 | $0.00 | $56.79 | 131578 | 4650239270 | | W PRUITT |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($6.66) | $56.79 | 134176 | | DST/POSTAGE | |
| Canteen | 7/21/2005 | ($19.87) | $0.00 | $0.00 | $36.92 | 134418 | | | |
| Pay-To | 7/21/2005 | ($6.66) | $0.00 | $0.00 | $30.26 | 135008 | | DST/POSTAGE | |
| Canteen | 7/27/2005 | ($17.72) | $0.00 | $0.00 | $12.54 | 136648 | | | |

Ending Mth. Balance: **$12.54**

# Individual Statement

## For Month of August 2005

Date Printed: 11/30/2005            Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $12.54 |
|---|---|---|---|---|---|---|
| 00229825 | CRAWFORD | Steven | D | | | |

Current Location: 22            Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/3/2005 | ($12.10) | $0.00 | $0.00 | $0.44 | 139611 | | | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($1.52) | $0.44 | 140586 | | DST/POSTAGE | |
| Pay-To | 8/5/2005 | ($0.44) | $0.00 | ($1.08) | $0.00 | 141455 | | DST/POSTAGE | |
| Mail | 8/9/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 142503 | 4624821991 | | EARLENE TATE |
| Mail | 8/9/2005 | $20.00 | $0.00 | $0.00 | $70.00 | 142558 | 08232996508 | | ROSCOE CRAWFORD |
| Pay-To | 8/11/2005 | ($1.52) | $0.00 | $0.00 | $68.48 | 143954 | | DST/POSTAGE | |
| Mail | 8/15/2005 | $20.00 | $0.00 | $0.00 | $88.48 | 144641 | 08547965381 | | ROSCOE CRAWFORD |
| Canteen | 8/17/2005 | ($19.86) | $0.00 | $0.00 | $68.62 | 145613 | | | |
| Pay-To | 8/19/2005 | ($6.91) | $0.00 | $0.00 | $61.71 | 147037 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($1.08) | $0.00 | $0.00 | $60.63 | 147353 | | DST/POSTAGE | |
| Canteen | 8/24/2005 | ($52.52) | $0.00 | $0.00 | $8.11 | 148357 | | | |
| Canteen | 8/31/2005 | ($8.08) | $0.00 | $0.00 | $0.03 | 151649 | | | |

Ending Mth Balance: $0.03

# Individual Statement

## For Month of September 2005

Date Printed: 11/30/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.03 |
|---|---|---|---|---|---|---|
| 00229825 | CRAWFORD | Steven | D | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 9/9/2005 | $20.00 | $0.00 | $0.00 | $20.03 | 155491 | 9213008185 | POSTAGE | R CRAWFORD |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($3.95) | $20.03 | 156114 | | | |
| Canteen | 9/15/2005 | ($15.89) | $0.00 | $0.00 | $4.14 | 158017 | | | |

Ending Mth Balance: $4.14