(Rev. 5/05)



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Steven D. Crawford  00229925
   (Name of Plaintiff)        (Inmate Number)

1161 Paddock Rd. Del. Corr. Ctr.
   (Complete Address with zip code)

(2) _____
   (Name of Plaintiff)        (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

Warden Thomas Carroll + Inmate Brady N.G.
(1) Capt. Hazard  et AL.

(2) Lt. Floyd Dixon

(3) Counselor Moise McMahon + Sgt. Mercury
   (Names of Defendants)        Chorkey

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05-815
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Magistrate Civil Replevin for personal property that was taken during shakedown (Times Quiste with). Un-Resolved

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   ••Yes   ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   ••Yes   ••No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed Require grievance complaint

2. What was the result? They claim it was not timely filed in which the date will reflect other - see attached grievance.

D. If your answer to "B" is No, explain why not: N/A

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll Lt. Al. Jane Brady A.G.
Employed as Warden at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna Delaware 19977

(2) Name of second defendant: Capt Hazzard + Mike McMahon
Employed as Capt + Counselor at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Rd.
Smyrna, Delaware 19977

(3) Name of third defendant: Lt. Floyd Dixon + Sgt. M. Creasy
Employed as Lt. + Sgt at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On or about Sept 18, 2005 Captain Hazzard conspired with other defendant's to have a kidnapping charge place in my institutional record which ultimately caused me to be moved to a higher security status (Level) of the prison and that could have change the ex post facto clause of my sentence. (Defamation of Character).

2. Lt. Floyd Dixon
"which" should not had happen.

3. Counselor Mike McMahon

"See Reverse Side"

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The Petitioner is seeking punitive damage's in the amount of $5,000 (five thousand dollars) in their individual and official capacity a.s. Captain, Lt. Sgt and Counselor, for Defamation of Character, after being charge with the alleged offense.

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17th__ day of __Nov.__, 2_005_.

_Steven D. Crawford_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## SWORN AFFIDAVIT OF MAILING

I, Steven D. Crawford, do depose and state that the facts that alledged herein to the best of his knowledge and being in sound mind are true and accurate under penalty perjury of law, served upon all listed par(ties):

1. Jane Brady A.G.
   Carvel State Office Bldg
   820 N. French Street
   Wilmington, DEL. 19801

2. Warden Thomas Carroll
   Del. Corr. Ctr.
   1181 Paddock Road
   Smyrna, Delaware 19977

3. Captain Hazzard
   Del. Corr. Ctr.
   1181 Paddock Road
   Wilmington, DEL 19977

4. Lt. Floyd Dixon
   Del. Corr. Ctr.
   1181 Paddock Road
   Wilmington, DEL 19977

5. Mr. Mike McMahan
   Del. Corr. Ctr.
   1181 Paddock Road
   Smyrna, Delaware 19977

6. Sgt. Marvin Creasy
   Del. Corr. Ctr.
   1181 Paddock Road
   Smyrna, Delaware 19977

By placing same in a sealed envelope and placing and/or depositing same in the United States mail at the Delaware Correctional Center, 1181 Paddock, Smyrna, Del. 19977.

Respectfully Submitted:

Steven D. Crawford
Steven D. Crawford
Pro Se Litigant
SBI NO. 00219325
MHU-Bld-22-C-L8
1181 Paddock Road
Smyrna, Delaware 19977

# Certificate of Service

I, _Steven D. Crawford_, hereby certify that I have served a true and correct cop(ies) of the attached: _42 U.S.C. 1983 Civil Action_ _____ upon the following parties/person (s):

TO: _Warden Thomas Carroll_
_Del. Corr. Ctr._
_1181 Paddock Road_
_Smyrna, Delaware_
_19977_

TO: _Jane Brady_
_Attorney Gen Office_
_Carvel State Office Bldg_
_820 North French Street_
_Wilmington, Delaware 1984_

TO: _Cpt Hazzard_
_Del. Corr. Ctr._
_1181 Paddock Road_
_Smyrna, Delaware_
_19977_

TO: _Lt Floyd Dixon_
_Del. Corr. Ctr._
_1181 Paddock Road_
_Smyrna, Delaware_
_19977_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _19_ day of _Nov_, 2005

_Steven D. Crawford_

## Certificate of Service

I, _Steven D. Crawford_, hereby certify that I have served a true and correct cop(ies) of the attached: _42 U.S.C. 1983 Civil Action_ _____ upon the following parties/person (s):

TO: _Mr. Mike McMahon_
_Del. Corr. Ctr._
_1181 Paddock Road_
_Smyrna, Delaware_
_19977_

TO: _Sgt Marvin Creasy_
_Del. Corr. Ctr._
_1181 Paddock Road_
_Smyrna, Delaware_
_19977_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _14_ day of _Nov_, 2005

_Steven D. Crawford_

I/M Steven D. Crawford D-410
SBI# [illegible]    UNIT: MHU-Bldg 42
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

The United States District Ct.
The District of Delaware
844 King-Street Lockbox 18
Wilmington, Delaware
19801