## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____  **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has
         been highlighted. The grievance may be resubmitted omitting this language.

_____  **Non-Grievable.** This issue has been defined as non-grievable in accordance with
         DOC Policy 4.4. These procedures have their own appeal process that must be followed.
         ____ **Disciplinary Action**        ____ **Parole Decision**        ____ **Classification Action**

_____  **Request.** Requests are not processed through the grievance procedure. Please
         correspond  with the appropriate Office to secure the information that is requested.

_____  **Duplicate Grievance(s).** This issue has been addressed previously in
         Grievance # _____.

_____  **Original Grievances must be submitted to the Inmate Grievance Chairperson.**
         Photocopies are not accepted.

_____  **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓___  **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.


SEP 2 1 2004

_____                    _____
Inmate Grievance Chairperson                                 Date

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _Del Corr. Ctr_          DATE: _09/20/04_

GRIEVANT'S NAME: _Steven D Crawford_          SBI#: _00225025_

CASE#: _____          TIME OF INCIDENT: _____

HOUSING UNIT: _Bldg - C - L-8_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I am filing this grievance to Mr. McMahon's error that was made concern-
ing my movement. I was moved from E-Bldg in transistion to the S-1-Bldg and
I was all of a sudden transferred to the MHU without any explanation or demand.
The very next day counselor came to classify me to the MHU, and upon his approach
the first thing he said, "was, how come you not in the shu" I replied and said
to him I have only two write ups. He then stated that I have sixteen points
on my institutional record and I have a kidnapping charge on my record. I told
him that there's some kind of mistake. He said that he would check into the matter
and sure enough Mr. McMahon stated that he had made a grave mistake concerning
my classification and points

ACTION REQUESTED BY GRIEVANT: To be re-instated to the compound because I didn't have
the required points to be in the MHU and once Mr. McMahon found this mistake,
he should have automatically re-classified me because he had someone else's
in my institutional file which ultimately through me over the 12 point's but 10 in
total.

GRIEVANT'S SIGNATURE: _Steven W. Crawford_          DATE: _09/23/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## *DELAWARE CORRECTIONAL CENTER*

13 September 2004

TO:  Steven Crawford

FROM:  Michael McMahon
Sr. Correctional Counselor

SUBJECT:  Response to Note

After checking your records, you were correct about never being charged nor convicted of kidnapping.  Someone else's criminal history happen to be placed in your file.  I had it removed and placed in the appropriate folder.  The points assessed for this have been removed from your recent classification.

Your new risk assessment is 12 not 16 points.  It is still appropriate for you to be placed in your current building due to your write-ups and score.

Thanks and have a great day.

MICHAEL H. MCMAHON
Senior Correctional Counselor