IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEVEN D. CRAWFORD,            )
                               )
       Plaintiff,              )
                               )
   v.                          ) Civ. No. 05-815-SLR
                               )
THOMAS CARROLL (WARDEN),       )
JANE BRADY (ATTORNEY GENERAL), )
CAPT. HAZZARD, LT. FLOYD DIXON,)
MIKE MCMAHON (COUNSELOR), and  )
SGT. MARVIN CREASEY,           )
                               )
       Defendants.             )

## AUTHORIZATION

I, Steven D. Crawford, SBI #00229825, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 12/13/05           , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: _____12/13/05_____, 2005.

_____*Signature*_____
Signature of Plaintiff

I/M STEVEN D CRAWFORD #070
SBI# 00285215   UNIT W-Bldg 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

NEEDS PAT-TO

$ 00.390   JAN 17 2006
UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

The Clerk of the Court
UNITED STATES DISTRICT COURT
844 NORTH KING STREET
WILMINGTON, DELAWARE
19801

LEGAL MAIL