Dec 31st, 2005

TO: THE CLERK OF THE COURT
UNITED STATES DISTRICT CT.
844 N. KING STREET - LOCK-BOX 18
WILMINGTON, DELAWARE 19801

FR: MR. STEVEN D. CRAWFORD
SBI NO: 00229825
DEL. CORR. CTR.
1181 PADDOCK ROAD
MHU - BIDG-22-D-D-10
SMYRNA, DELAWARE 19977

FILED
JAN 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Order issued on 12/13/05
    Civ. Ac. No. 05-815-SLR

I am writing in regards to the aforementioned order concerning the 42 U.S.C. 1983 civil action requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In paragraph two (2) it stated consistent with 28 U.S.C. § 1915 (a)(1) and (2), the plaintiff has submitted: 1) an affidavit stating that he has no assests with to which to prepay the filing fee; 2). a certification/certified copy of his prison trust fund account statement for the past six-months, and based on the plaintiff's submissions, his request to proceed in forma pauperis is Granted.

Moreover, notwithstanding the above, pursuant to 28. U.S.C. 1915(b)(1), the plaintiff shall be assessed the filing fee of $250.00, and shall be required to pay an initial fee of 20% percent. My first question to you is, if I have been granted to proceed in a "forma pauperis", then why should I be required to pay partial filing fee when my "forma pauperis" was granted. I need for this to be... clarified for me if my "forma pauperis" status was officially granted because, I believe that this may have been misconstrued.

In henceforth, in paragraph 4 of this order, the Court has determined that the plaintiff's account information, that the plaintiff has an average account balance of $20.45 for the past six months preceeding the filing of the complaint, and that the plaintiff is required to pay an initial partial filing fee of 10.17 monthly, this amount being 20% percent of $50.83. Now! My question to you is, once this $50.83 is paid in full, will the required $10.00 be deducted from my account monthly until the $250.00 is paid in full. I am under the distinct impression because of my poverty that this is all I have to pay is $50.83, please clarify.

2.

More importantly, I am just returning the consent form because, I was unable to obtain all signature's of the parties involved. I did observe the note at the bottom of the consent form stating that, I should not return this form back to the Clerk, only if all parties have consented. Because, of my inability to obtain the signatures. I return this form alerting them to these facts to avoid any sanctions imposed upon me because I violated 28 U.S.C. 636(c) and Fed. R. Civ. Procedure Rule 73.

In closing, I awaiting your response from this office on this urgent matter thanking you in advance and I wish you and your family a very Merry Christmas and a prosperous New Year's.

Respectfully;

*Steven D. Crawford*
STEVEN D. CRAWFORD
SBI NO: 00171985
MNV-BLDG 22-D-UTD
1181 PADDOCK ROAD
SMYRNA - DELAWARE 19977

IM STEVEN O CRAWFORD NO70
SBI# 00395285    UNTITLED Auy 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

NEEDS PAC-TO

$ 00.39⁰
JAN 17 2006
MAILED FROM ZIP CODE 19977

The Clerk of the Court
United States District Court
844 North King Street
Wilmington, Delaware
19801

U.S.M.S
X-RAY

Legal Mail