OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 25, 2006

TO: Steven D. Crawford
SBI# 00229825
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Letter dated 12/31/05; 05-815(SLR)**

Dear Mr. Crawford:

The above referenced letter has been received by this office requesting assistance regarding your partial filing fee. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson