08/30/06

To: The Clerk of the Court
The District Court
844 N. King Street
Wilmington, Delaware 19801

Fr: Mr. Steven D. Crawford
SBI No. 00229825
DEL. Corr. Ctr.
D. Bldg - A-West A-Tier A-10
1181 Paddock Road
Smyrna, Delaware 19977

RE: Notice of Appeal +
Civ. Ac. No. 05-815-SLR

Dear Clerk:

I am writing this office inquiring about the notice of appeal to this Court filed in the Supreme Court. I was wondering if this notice of appeal has been docketed because. I have not gotten any briefing date from this Court as to when to file my appeal brief.

Secondly! I need for you to check into the financial status of this civil suit since I was only suppose to pay a partial filing fee and give me the balance thereof. Thanking you in advance for your cooperation on this urgent matter.

Respectfully Submitted,

Steven D. Crawford
Steven D. Crawford
SBI No. 00229825
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

I/M St Steven D. Crawford A-Tier-A-10
SBI# 00229735   UNIT D-Bldg D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
02 SEP 2006 PM 1 L

The Clerk of The Court
The District Court
844 North King Street
Wilmington, Delaware
19801

Legal Mail