OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 8, 2006

TO:   Steven D. Crawford
      SBI# 00229825
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

*RE:   Status Letter; 05-815(SLR)*

Dear Mr. Crawford:

   This office received a letter from you requesting the remaining balance on your account. Per the financial administrator, the remaining balance on your account is $145.60.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/bad                                        PETER T. DALLEO
                                            CLERK

cc:   The Honorable Sue L. Robinson