OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 8, 2006

```
TO:   Steven D. Crawford
      SBI# 00229825
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977
```

*RE: Status Letter; 05-815(SLR)*

Dear Mr. Crawford:

This office received a letter from you regarding a Notice of Appeal to this Court. The record does not reflect that this Court received a Notice of Appeal in your case. Enclosed is a copy of the docket sheet in the above mentioned case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet