OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 15, 2006

TO:  **Delaware Correctional Center**
     **ATTN:  Business Office**
     **P.O. Box 500**
     **Smyrna, DE 19977**

   RE:  **Return of Check #14135 to DCC**

   Enclosed check in the amount of $7.00 is returned by the Clerk's Office without action. Inmate Steven Crawford, SBI #229825, owes no additional filing fees for CA 05-815 SLR. A copy of our Financial ledger is enclosed for your reference, along with a copy of the Court's order dated 9/14/06. Please note that the partial payments made previously will not be refunded.

   Please contact me directly if you have a question, at 302-573-6158.

/rbe

BY: /s/ Ronald B. Eberhard
Ronald B. Eberhard
Intake Supervisor

Sincerely,

PETER T. DALLEO
CLERK

Attachment - DCC Check 14135

cc:  Financial Administrator
     CA 05-815 SLR
     Alpha File

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN D. CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-815-SLR |
| | ) |
| WARDEN THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 10, 2006, plaintiff Steven Crawford's complaint was dismissed without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). (D.I. 7)

THEREFORE, at Wilmington this 14th day of September, 2006, IT IS HEREBY ORDERED that plaintiff is not required to pay the remaining balance of the $250.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE

STEVEN D. CRAWFORD V. CARROLL, ET AL

CA 05-815-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 12/13/2005 | | | | 250 |
| 2/17/2006 | 5100PL | 142403 | 38 | 212 |
| 3/16/2006 | 5100PL | 142766 | 10.4 | 201.6 |
| 5/18/2006 | 5100PL | 143524 | 46 | 155.6 |
| 6/16/2006 | 5100PL | 143823 | 2 | 153.6 |
| 7/27/2006 | 5100PL | 144201 | 6 | 147.6 |
| 8/15/2006 | 5100PL | 144415 | 2 | 145.6 |
| 9/12/2006 | PER ORDER SLR | | 145.6 | 0 |
| | | | | 0 |
| | | | | 0 |



Check #14135 — Delaware Correctional Center Inmate Account, Smyrna, Delaware. Pay to the order of U.S. District Court, $7.00, dated 9/8/06. Marked VOID. PNC Bank. Memo: Steven Crawford #229825, CA 05-815.