10/09/06

To: The Clerk of the Court
    55 The Green-P. O. Box 476
    Dover, Delaware 19901

Fr: Mr. Steven D. Crawford
    SBI No: 00229825
    D-Bldg. D-West A-Tier A-10
    1181 Paddock Road
    Smyrna, Delaware 19977

05cv815SLR

RE: Notice of Appeal
    No. 581, 2006

Dear Clerk:

I am writing you this letter in regard's to my decision rendered in the Supreme submitted Feb 7th, 2006 and decided May 3rd, 2006 which was affirmed by this Court.

After this affirmation, I filed a letter on 06-06-06 with this Court to forward this to the District Court because, I wanted to further argue the point's of law in the District Court asking this... Court to forward the notice of appeal. See attached letter Ex. No 1.

However, what I am asking this Court isdid you forward the... letter (notice of appeal) to the District Court because, in an information sheet that I received from the District Court they're... saying they have not received such a notice. See attached exhibit No. 2. Please check your file as to the motion, because I have to do a show cause motion wherein my notice of appeal was timely filed. Thanking you in advance for your cooperation on this urgent matter.

Respectfully Sumbitted;
*Steven D Crawford*
Steven D. Crawford
Sbi No: 00229825
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware 19977



FILED
OCT 16 2006  3:35pm
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-00-06

To: The Clerk of the Court
The Supreme Court
55 The Green
P.O. Box 476
Dover, Delaware 19901

Fr: Mr. Steven D. Crawford
SBI No: 00229825
D-Bldg - D- West- A-Tier A-10
1181 Paddock Road
Smyrna, Delaware 19977

RE: Notice of Appeal:

Comes Now The Appellant Steven D. Crawford Pro Se Litigant who respectfully file's this Notice of Appeal in pursuant to Supreme Court Rule 7(a) appealing the Judgement of this Court to the District Court of Delaware. The Appellant assert's that this appeal is taken from an order dated May 23rd, 2006 of this Supreme Court and would like the Court file in the matter to the District Court. This is his Notice of Appeal.

Respectfully Submitted,

Steven D. Crawford
Steven D. Crawford
SBI No: 00229825
Del. Corr. Ctr.
D-Bldg - D-W A-Tier A-70
1181 Paddock Road
Smyrna, Delaware 19977

Ex No. 1

| 09/08/2006 | 9 | Letter to Steven D. Crawford from Clerk regarding status letter (D.I. 8). The remaining balance on account is $145.60. (fmt, ) Modified on 9/8/2006 (fmt, ) (Entered: 09/08/2006) |
|---|---|---|
| 09/08/2006 | 10 | Letter to Steven D. Crawford from Clerk regarding status letter. The record does not reflect that this Court received a Notice of Appeal in this case. - re 8 Letter (fmt, ) (Entered: 09/08/2006) |
| 09/14/2006 | 11 | ORDER, case was dismissed as frivolous on 2/10/06, Plaintiff is not required to pay the remaining balance of the $250.00 filing fee. (Copy to pltf. & Prison Business Office). Signed by Judge Sue L. Robinson on 9/14/06. (rld, ) (Entered: 09/14/2006) |

EX No- 2

## Certificate of Service

I, _Steven D. Crawford_, hereby certify that I have served a true And correct cop(ies) of the attached: _Letter to Supreme Court about Notice of Appeal into District Court_ upon the following parties/person (s):

TO: _The Clerk of The Court_
_The Suprum Court_
_55 The Green · P.O. Box 476_
_Dover, Delaware_
_19901_

TO: _The Clerk of the Court_
_844 King Street_
_(muck) state office Bldg_
_Wilmington, Delaware_
_19801_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _12th_ day of _October_, 200_6_.

_Steven D. Crawford_

The Clerk of The Court
The District Court
844 King Street-Locke Box 18
Wilmington, Delaware
19801

Legal Mail

$00.390
OCT 13 2006
MAILED FROM ZIP CODE 19977

Steven D. Crawford
SBI No: 00225825
Del. Corr. Ctr.
1181 Paddock Road
N. Bldg D west M'Tier 17-10
Smyrna, Delaware
19877

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED OR FOR THE CONTENTS OF THE LETTER.