10/24/06

To: The Clerk of the Court
    The District Court
    844 North King Street
    Wilmington, Delaware 19801

Fr: Mr. Steven D. Crawford
    Sbi No: 00229825
    Del. Corr. Ctr.
    D-Bldg D-West A-Tier A-10
    1181 Paddock Road
    Smyrna, Delaware 19977



RE: Appeal in the District-Criminal:

Dear Clerk:

I am in receipt of two letter's, one from the Supreme Court & another from the District Court. The letter from the Supreme was in reference to an inquiry about the notice of appeal that was supposingly been filed into the district Court.

In a letter from the District Court was forwarded to me on 10/17/06, the District Court letter, it stated that case was closed on 02/10/06 in the aforementioned civil matter 1:05-0815-SLR Crawford v. Carroll.

The notice of appeal was filed in this matter but was not instent of applying for certificate of appealability in this civ. matter but, it was filed in the matter of my criminal case in the Superior Court in New Castle County by The Hon. Judge Slight's in Cr. Ac. No. IN88-02-0845 I. D. No: 30800813DI.

Somehow, I believe this Court may have mis-construed this intent; and I need some clarify (clarification) if this appeal has... been the Court intentions to dismiss this appeal that was filed in the criminal mater from the Supreme Court inwhich he appeal, which should not be attributed to him because of the negligence of forwarding this appeal, which should should be condidered as being.. timely filed. Thanking you in advance for your cooperation on this urgent matter.

(2).

Respectfully Submitted;

*Steven D. Crawford*

Steven D. Crawford
Sbi NO: 00229825
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, _STEVEN D. Crawford_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Letter to District Court_

_Matter of Appeal from Supere Court_ upon the following

parties/person (s):

TO: _The Clerk of The Court_          TO: _____

_844 North King Street_          _____

_Cravel State Off. Bldg_          _____

_Lock Box 18_          _____

_Wilmington, Delaware_          _____
          _1980_

TO:_____          TO: _____

_____          _____

_____          _____

_____          _____

_____          _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _29 th_ day of _October_ ,200 _6_

_Steven D. Crawford_

IM Steven D. Crawford   A-10

SBI# 00229725   UNIT 22 W5

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

03 NOV 2006 PM

The Clerk of the Court

The District Court

844 North King Street

Wilmington, Delaware

19801

Legal Mail