UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 6-4493

Crawford

vs.

Carroll, et al.

Steven D. Crawford SBI#00229825, Appellant

(Delaware District Civil No. 05-cv-00815)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron, Clerk

For the Court,

Marcia M. Waldron

Clerk

Date: December 21, 2006

cc:
    Steven D. Crawford SBI#00229825
    Ophelia M. Waters, Esq.